IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JULIAN RIGBY, and GEORGIA FLORIDA TOBACCO EXCHANGE, INC., <br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS T. IRVIN, in his Official Capacity as Commissioner of the Georgia Department of Agriculture,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CV501-54<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 31.) Therein, Plaintiffs state that they wish to dismiss all of their claims against Defendant in the above-captioned case. As the stipulation is signed by counsel representing Plaintiffs and Defendant, it appears that it complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED, this 11th day of August, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA